IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>AWILDA ISABEL DELGADO ORTIZ<br><br>XXX-XX-5787<br><br><br>Debtor(s) | CASE NO. 04-01748 SEK<br><br>Chapter 13<br><br>FILED & ENTERED ON 2/2/2006 |

O R D E R

    For the reasons stated in the Trustee's Motion to Dismiss filed on 12/19/2005, which has not been opposed, this case is hereby dismissed.

    The Clerk will close all proceedings, vacate any hearing date and notify this Order.

    The Clerk will give notice of this Order.

    GIVEN in San Juan, Puerto Rico, 02 day of February, 2006.

*[signature]*

SARA E. DE JESUS KELLOGG
U.S. Bankruptcy Judge

C: ALL CREDITORS
    DEBTOR (S)
    ROBERTO FIGUEROA CARRASQUILLO
    JOSE RAMON CARRION MORALES